No. 882. AVALO v. PORRATA ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided November 20, 1912. Motion overruled on the grounds given in the opinion rendered in case No. 881, *Avalo* v. *Porrata et al.*, decided November 20, 1912. *Messrs. José A. Poventud* and *H. S. Belaval* for moving party. *Mr. H. H. Scoville* for adverse party.

No. 12. AXTMAYER v. CÓRDOVA, DISTRICT JUDGE.—Application for a writ of prohibition to the Judge of the District Court of San Juan, Section 1. Motion to withdraw application. Decided November 25, 1912. Petition withdrawn by petitioner.

No. 383. ARMSTRONG & Co. v. PABÓN.—Appeal from the District Court of Mayagüez. Decided November 27, 1912. Appeal dismissed at the initiative of the court because the record does not show that the amount in litigation exceeds $300. Paragraph 2, section 295 of the Code of Civil Procedure as amended March 9, 1905. *Parker* v. *Morril,* 106 U. S., 1; *Lind* v. *David et al.*, 8 P. R. R., 512. *Mr. Jorge V. Domínguez* for respondent. The appellant appeared *per se.*

No. 488. THE PEOPLE v. CONCEPCIÓN.—Appeal from the District Court of San Juan, Section 2. Decided November 27, 1912. Judgment affirmed. *Mr. Ignacio Carballeira* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

No. 885. THE PEOPLE v. GONZÁLEZ ET AL.—Appeal from the District Court of Aguadilla. Motion by the *fiscal* to dismiss appeal. Decided November 27, 1912. Motion overruled. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Carlos Franco Soto* for appellants.